IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-02657-WYD-KMT

DAVID L. COLLINS,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
CORRECTIONS CORPORATION OF AMERICA,
ARISTEDES ZAVARAS,
MERYL DOHRMANN,
JAMES LANDER,
J.D. SCOLLARD,
MARISSA SCHNELL,
SWARTZ,
PUETT, and
SARGENT REDIESEL,

    Defendants.

**ORDER**

This matter is before the court on Plaintiff's "Motion to Clarify" (Doc. No. 33) filed March 24, 2009. Plaintiff requests that the court clarify its order granting Plaintiff leave to proceed *in forma pauperis*.

Plaintiff states the Colorado Department of Corrections ("DOC") has raised the amount it charges inmates for photocopies from $0.05 per page to $0.25 per page. Plaintiff seeks "relief from such costly practices set forht [sic] by the Colorado Department of Corrections." Plaintiff

states he is without a surplus of funds and will have difficulty purchasing necessary personal hygiene items in addition to making copies for his civil action in this court.

The court is unable to locate any law that gives the court jurisdiction to compel the DOC to provide Plaintiff with copies at a reduced charge or at no charge, and the court is not inclined to do so here.

Accordingly, Plaintiff's "Motion to Clarify" (Doc. No. 33) is DENIED.

Dated this 24th day of March, 2008.

**BY THE COURT:**

Kathleen M. Tafoya
United States Magistrate Judge