IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-02657-WYD-KMT

DAVID L. COLLINS,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
CORRECTIONS CORPORATION OF AMERICA,
ARISTEDES ZAVARAS,
MERYL DOHRMANN,
JAMES LANDER,
J.D. SCOLLARD,
MARISSA SCHNELL,
SWARTZ,
PUETT, and
SARGENT REDIESEL,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Before the court is Plaintiff's "Motion for Ruling Colorado Attorney General's Motion to Dismiss" (# 60, filed June 19, 2009). Plaintiff seeks a ruling from this court as to whether the Colorado Attorney General may represent the state defendants in this matter. The motion is **GRANTED**. The court finds that the Colorado Attorney General has the authority, under Colo. Rev. Stat. § 24–31–101(1) and 24–10–118(1), to represent the state defendants.

Dated: July 16, 2009